## DALIA GIEDRIMIENE *v.* GEORGE J. EMMANUEL, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 32937) is denied.

*Dalia Giedrimiene*, pro se, in support of the petition.

*Erin L. Beaton* and *Beverly S. Knapp*, in opposition.

Decided May 2, 2011

## PACK 2000, INC. *v.* EUGENE C. CUSHMAN*

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 339 (AC 30540), is granted, limited to the following issues:

"Did the Appellate Court properly determine that lease/option agreements are subject to a strict compliance standard? If not, should the Appellate Court be reversed under the applicable standard?"

The Supreme Court docket number is SC 18789.

*Andrew Brand*, in support of the petition.

*Joseph M. Busher, Jr.*, in opposition.

Decided July 13, 2011